```
 1  ROBERT A. HUDDLESTON, ESQ., SBN 83662
    JOAN E. PRESKY, ESQ., SBN 144272
 2  LAW OFFICE OF ROBERT A. HUDDLESTON
    500 Ygnacio Valley Road, Suite 300
 3  Walnut Creek, CA 94596
    Telephone:    (925) 947-0100
 4  Facsimile:    (925) 947-0111

 5  Attorneys for Plaintiff TOM AZZARELLO

 6

 7

 8                  UNITED STATED DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  TOM AZZARELLO,              )   CASE NO. 3:08-cv-2371-MEJ
                                )
12              Plaintiff,      )   CONSENT TO PROCEED
                                )
13       v.                     )   Hon. Maria-Elena James
                                )
14  NAVAGILITY LLC, a limited liability
    corporation; ANTHONY M. DI MARCO, an
15  individual and DOES 1 - 10, inclusive,
                                )
16              Defendant.      )
                                )   Action Filed: May 8, 2008
17
```

18    CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE:

19    In accordance with the provisions of 18 U.S.C. Section 636(c), the undersigned party hereby

20 consents to have United States Magistrate Judge conduct any and all further proceedings in the case,

21 including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed

22 before the United States District Judge.

23 DATED: May 19, 2008                    **LAW OFFICE OF
                                            ROBERT A. HUDDLESTON**
24

25

26                                        By _____
                                             JOAN E. PRESKY, ESQ.
27                                           Attorneys for Plaintiff TOM AZZARELLO

28

---
1
CONSENT TO PROCEED
C:\Documents and Settings\All Users\Documents\9250\Pld\Consent.to.Assignment.wpd/mh

**CERTIFICATE OF SERVICE BY MAIL**

<u>Azzarello v. Navagility LLC</u>
Case No. 3:08-cv-2371-MEJ

    I declare that I am employed in the County of Contra Costa, California. I am over the age of 18 years, and not a party to the within cause; my business address is the Law Office of Robert A. Huddleston, 500 Ygnacio Valley Road, Suite 300, Walnut Creek, California 94596.

    On May 22, 2008, I served the following document(s):

**CONSENT TO PROCEED**

by placing a true and copy thereof enclosed in a sealed envelope, postage fully prepaid in the ordinary course of business, for collection and mailing that same day at the Law Office of Robert A. Huddleston, 500 Ygnacio Valley Road, Suite 300, Walnut Creek, California, addressed as follows:

| | |
|---|---|
| **NAVAGILITY LLC**<br>c/o Anthony M. DiMarco<br>16 Nob Hill Road<br>Poughkeepsie, NY 12603 | **Defendant NAVAGILITY LLC, a limited liability corporation** |

    I declare that I am readily familiar with the business practice of the Law Office of Robert A. Huddleston for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Certificate of Service by Mail was executed on May 22, 2008, at Walnut Creek, California.

_Michele Hinton_
MICHELE HINTON