CHARLES H. JUNG (SBN 217909)
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, California 94108
Telephone: (415) 373-5699
Facsimile: (415) 534-3200
cjung@nassiri-jung.com

Attorneys for Defendant
NAVAGILITY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOM AZZARELLO, | Case No. 08-CV-2371 MEJ |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| NAVAGILITY LLC, | |
| Defendant. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the complaint against defendant NavAgility, LLC is dismissed without prejudice.

**IT IS SO ORDERED.**


Dated: _____                   _____
                                            MAGISTRATE JUDGE
                                            MARIA ELENA-JAMES