1  CHARLES H. JUNG (SBN 217909)
   NASSIRI & JUNG LLP
2  251 Kearny Street, Suite 501
   San Francisco, California 94108
3  Telephone: (415) 373-5699
   Facsimile: (415) 534-3200
4  cjung@nassiri-jung.com

5  Attorneys for Defendant
   NAVAGILITY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOM AZZARELLO,<br><br>        Plaintiff,<br><br>v.<br><br>NAVAGILITY LLC,<br><br>        Defendant. | Case No. 08-CV-2371 MEJ<br><br>**LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties and investors in the defendant NavAgility, LLC, there is no such interest to report.

Dated: May 30, 2008.                    Respectfully submitted,

                                        NAVAGILITY, LLC
                                        By Its Attorneys,

                                         /s/ Charles H. Jung
                                        _____

**LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**CASE NO. 08-CV-2371 MEJ**

1
2
3
4

Charles H. Jung
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, California 94108
Telephone: (415) 373-5699
Facsimile: (415) 534-3200
cjung@nassiri-jung.com

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**CASE NO. 08-CV-2371 MEJ**