CHARLES H. JUNG (SBN 217909)
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, California 94108
Telephone: (415) 373-5699
Facsimile: (415) 534-3200
cjung@nassiri-jung.com

Attorneys for Defendant
NAVAGILITY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOM AZZARELLO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NAVAGILITY LLC,<br><br>　　　　　　Defendant. | Case No. 08-CV-2371 MMC<br><br>**NAVAGILITY, LLC'S RE-NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE PURSUANT TO FED. R. CIV. P. 12(B)(2) AND (3)**<br><br>HON. MAXINE M. CHESNEY<br><br>DATE:　September 5, 2008<br>TIME:　9:00 a.m.<br>COURTROOM 7, 19th Floor |

## **RE-NOTICE OF MOTION**

NOTICE IS HEREBY GIVEN TO all parties and their attorneys of record that on September 5, 2008 at 9:00 a.m. or as soon thereafter as the matter may be heard, in Courtroom 7 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, 19th Floor, San Francisco, California 94102, defendant NavAgility, LLC

1  ("NavAgility") will and hereby does move this Court to dismiss the Complaint against it filed by
2  Tom Azzarello ("Azzarello") because there is a lack of proper personal jurisdiction against
3  NavAgility.  The motion was previously submitted to Magistrate Judge Maria Elena-James, and
4  by order of the Court is hereby re-noticed.  The parties have already submitted briefing on
5  NavAgility's motion, and the grounds for the motion are as stated in the original Notice of
6  Motion and Motion and Memorandum of Points and Authorities (Docket #5) and supporting
7  papers (Docket Nos. 6-7, 12-13).

8  Dated:  July 10, 2008.                                  Respectfully submitted,

                                                           NAVAGILITY, LLC
                                                           By Its Attorneys,

                                                                /s/ Charles H. Jung
                                                           Charles H. Jung
                                                           NASSIRI & JUNG LLP
                                                           251 Kearny Street, Suite 501
                                                           San Francisco, California 94108
                                                           Telephone:  (415) 373-5699
                                                           Facsimile:  (415) 534-3200
                                                           cjung@nassiri-jung.com

- 2 -
**NAVAGILITY, LLC'S RE-NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND
IMPROPER VENUE PURSUANT TO FED. R. CIV. P. 12(B)(2) AND (3)
CASE NO. 08-CV-2371 MMC**