ROBERT A. HUDDLESTON, ESQ., SBN 83662
JOAN E. PRESKY, ESQ., SBN 144272
**LAW OFFICE OF ROBERT A. HUDDLESTON**
500 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Telephone:    (925) 947-0100
Facsimile:    (925) 947-0111

Attorneys for Plaintiff TOM AZZARELLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM AZZARELLO, | CASE NO. 3:08-cv-2371-MMC |
| Plaintiff, | Hon. Maxine M. Chesney |
| v. | **REQUEST FOR SETTING OF HEARING ON MOTION TO DISMISS** |
| NAVAGILITY LLC, a limited liability corporation; ANTHONY M. DI MARCO, an individual and DOES 1 - 10, inclusive, | |
| | **Action Filed: May 8, 2008** |
| Defendant. | |

TOM AZZARELLO, the plaintiff in this matter, requests that the pending Motion to Dismiss be decided without a hearing or, alternatively, that it be set for hearing at the earliest possible date.

The Complaint in this case was filed on May 8, 2008. The defendant filed a Motion to Dismiss on May 30, 2008. That Motion is fully briefed and ready to be decided.

As a result of defendant's disinclination to stipulate to a Magistrate, the case was just reassigned to Judge Chesney. This resulted in a July 10 hearing date on the Motion to Dismiss being vacated. Defendant's lawyer, Charles Jung, advised plaintiff's lawyer that he had been told that Judge Chesney could hear the motion <u>with as little as two weeks notice</u>. However, Mr. Jung would not be available until August 29, the day before the Labor Day weekend and a day on which plaintiff's lawyer is scheduled to be out of town. She asked Mr. Jung to set the motion on an earlier

1  date, making clear to Mr. Jung that she was available to have the motion decided on several of the
2  Court's available motion dates. Mr. Jung declined, saying that the first date (other than August 29)
3  on which he was available was September 5, and that he would set the hearing for that date over
4  plaintiff's objection. (Declaration of Joan Presky ¶¶ 2-7.)

5        The Motion has been fully briefed since June 26, 2008. It could be decided without a
6  hearing. (Id. ¶¶ 3-4.) Plaintiff requests that the Court decide the motion without a hearing, or,
7  alternatively, set the motion for hearing in July or August. It is unfair for the plaintiff to have to wait
8  almost four months for it to be determined whether the case will be heard by this Court, and to
9  proceed to case management and discovery.

10 DATED: July 11, 2008                    **HUDDLESTON LAW GROUP**

12                                         By _____
13                                            JOAN E. PRESKY, ESQ.
                                              Attorneys for Plaintiff TOM AZZARELLO

LAW OFFICE OF ROBERT A. HUDDLESTON
500 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel: (925) 947-0100
Fax: (925) 947-0111

2
REQUEST FOR SETTING OF HEARING ON MOTION TO DISMISS
C:\Documents and Settings\All Users\Documents\9250\Pld\Hearing.Req.wpd/mh