IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOM AZZARELLO,

    Plaintiff,

v.

NAVAGILITY LLC, et al.,

    Defendants.

                                   /

No. C-08-2371 MMC

**ORDER DENYING PLAINTIFF'S REQUEST FOR SETTING OF HEARING ON MOTION TO DISMISS**

       The Court is in receipt of plaintiff's Request, filed July 11, 2008, wherein plaintiff asks the Court to rule on defendant Navagility LLC's pending motion to dismiss without a hearing or, alternatively, set the motion for hearing in July or August 2008.[1] To date, no opposition to the Request has been filed.

       The Court is not, at this time, of the view that defendant's motion to dismiss should be determined without a hearing, and, in light of the Court's calendar in July and August, and unavailability during part of August, the Court is unable to accommodate plaintiff's request for a hearing date significantly in advance of the currently-scheduled date of September 5, 2008.

---

[1] Defendant's motion to dismiss was fully briefed during the time the instant action was pending before Magistrate Judge Maria-Elena James, and, upon subsequent reassignment of the action, defendant re-noticed the motion for hearing on September 5, 2008.

1    Accordingly, plaintiff's Request is hereby DENIED.  Should it later appear to the
2 Court, however, that a hearing is unnecessary, the Court will at that time take the matter
3 under submission and will so advise the parties.
4    **IT IS SO ORDERED.**

5 Dated: July 17, 2008                                            MAXINE M. CHESNEY
6                                                                              United States District Judge