1  ROBERT A. HUDDLESTON, ESQ., SBN 83662
   JOAN E. PRESKY, ESQ., SBN 144272
2  **LAW OFFICE OF ROBERT A. HUDDLESTON**
   500 Ygnacio Valley Road, Suite 300
3  Walnut Creek, CA 94596
   Telephone:   (925) 947-0100
4  Facsimile:   (925) 947-0111

5  Attorneys for Plaintiff TOM AZZARELLO

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 TOM AZZARELLO,                    )  CASE NO. 3:08-cv-2371-MMC
                                     )
12         Plaintiff,                )  ADR CERTIFICATION BY PARTIES
                                     )  AND COUNSEL
13     v.                            )
                                     )
14 NAVAGILITY LLC, a limited liability)
   corporation; ANTHONY M. DI MARCO, an)
15 individual and DOES 1 - 10, inclusive,) Hon. Maxine M. Chesney
                                     )
16         Defendant.                )
                                     )  Action Filed: May 8, 2008
17 _____ )

18     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that

19 he or she has:

20     (1)   Read the handbook entitled *"Dispute Resolution Procedures in the Northern District*

21 *of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov;

22     (2)   Discussed the available dispute resolution options provided by the Court and private

23 entities; and

24 ////

25 ////

26 ////

27 ////

28 ////

---
                                    1
ADR CERTIFICATION BY PARTIES AND COUNSEL
C:\Documents and Settings\All Users\Documents\9250\Pld\ADR.Certification.wpd/mh

(3) Considered whether this case might benefit from any of the available dispute resolution options.

DATED: August 29, 2008

_____
TOM AZZARELLO

DATED: August 29, 2008

**HUDDLESTON LAW GROUP**

By _____
JOAN E. PRESKY, ESQ.
Attorneys for Plaintiff TOM AZZARELLO

LAW OFFICE OF ROBERT A. HUDDLESTON
500 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel: (925) 947-0100
Fax: (925) 947-0111

2
ADR CERTIFICATION BY PARTIES AND COUNSEL
C:\Documents and Settings\All Users\Documents\9250\Pld\ADR.Certification.wpd/mh