IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM AZZARELLO, | No. C-08-2371 MMC |
|     Plaintiff, | **ORDER VACATING SEPTEMBER 5, 2008 HEARING** |
|   v. | |
| NAVAGILITY LLC, et al., | |
|     Defendants               / | |

    Before the Court is defendant Navagility, LLC's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, filed May 30, 2008. Plaintiff Tom Azzarello has filed opposition to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for September 5, 2008

    **IT IS SO ORDERED.**

Dated: September 4, 2008

MAXINE M. CHESNEY
United States District Judge