1  CHARLES H. JUNG (SBN 217909)
   NASSIRI & JUNG LLP
2  251 Kearny Street, Suite 501
   San Francisco, California 94108
3  Telephone: (415) 373-5699
   Facsimile: (415) 534-3200
4  cjung@nassiri-jung.com

5  Attorneys for Defendant
   NAVAGILITY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| TOM AZZARELLO,<br><br>    Plaintiff,<br><br> v.<br><br>NAVAGILITY LLC,<br><br>    Defendant. | Case No. 08-CV-2371 MMC<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>HON. MAXINE M. CHESNEY |

Without waiving its objections to personal jurisdiction and pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited

- 1 -
**NAVAGILITY, LLC'S ADR CERTIFICATION**
**CASE NO. 08-CV-2371 MMC**

printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Without waiving its objections to personal jurisdiction, NavAgility, LLC is open to an early settlement conference.

Dated: September 3, 2008

                                                              Anthony DiMarco, President
                                                              NavAgility, LLC

Dated: September 3, 2008                              NASSIRI & JUNG LLP

                                                             Charles H. Jung
                                                             Attorneys for Defendant NavAgility, LLC