1  CHARLES H. JUNG (SBN 217909)
   NASSIRI & JUNG LLP
2  251 Kearny Street, Suite 501
   San Francisco, California 94108
3  Telephone: (415) 373-5699
   Facsimile: (415) 534-3200
4  cjung@nassiri-jung.com

5  Attorneys for Defendant
   NAVAGILITY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOM AZZARELLO, | Case No. 08-CV-2371 MMC |
| Plaintiff, | [PROPOSED] ORDER |
| v. | HON. MAXINE M. CHESNEY |
| NAVAGILITY LLC, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Case Management Conference scheduled for September 26, 2008 in the above captioned case is continued until November ~~10~~ 7, 2008. A Joint Case Management Statement shall be filed no later than October 31, 2008.

**IT IS SO ORDERED.**

Dated: September 22, 2008

_____
JUDGE MAXINE M. CHESNEY