IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM AZZARELLO, | No. C-08-2371 MMC |
|     Plaintiff, | **ORDER VACATING OCTOBER 17, 2008 HEARING** |
|   v. | |
| NAVAGILITY LLC, | |
|     Defendant. / | |

Before the Court is the motion, filed September 9, 2008 by counsel for defendant Navagility LLC, to withdraw as counsel of record for said party. Plaintiff Tom Azzarello has filed a response. Having read and considered the parties' submissions, the Court deems the matter suitable for decision thereon, see Civ. L.R. 7-1(b), and hereby VACATES the hearing scheduled for October 17, 2008.

**IT IS SO ORDERED.**

Dated: October 14, 2008

                                                MAXINE M. CHESNEY
                                                United States District Judge