IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM AZZARELLO,<br><br>    Plaintiff,<br><br>v.<br><br>NAVAGILITY LLC,<br><br>    Defendant.<br>_____ / | No. C-08-2371 MMC<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT NAVAGILITY LLC; DIRECTIONS TO COUNSEL; NOTICE TO NAVAGILITY** |

       Before the Court is the motion of counsel for defendant Navagility LLC ("Navagility") to withdraw as counsel of record for said party, filed September 9, 2008. Navagility has consented to such withdrawal. (See Jung Decl. Ex. A.) Plaintiff Tom Azzarello has filed conditional opposition. Having read and considered the parties' submissions filed in support of and in opposition to the motion, the Court rules as follows.[1]

       For the reasons stated by defendants' counsel, the motion is hereby GRANTED, and the law firm of Nassiri and Jung LLP and Charles H. Jung are hereby RELIEVED as counsel of record for Navagility, subject to the following conditions:

       1. Until such date as Navagility may obtain substitute legal representation, the above-referenced counsel shall continue to receive documents filed in the instant action

---

[1] On October 14, 2008, the Court deemed the matter appropriate for decision on the papers.

and shall forward such documents to Navagility.

2. Additionally, said counsel shall file, no later than October 24, 2008, a statement by which counsel provides the Court and opposing counsel with Navagility's current address and telephone number, as well as any other contact information said counsel deems appropriate.

3. Navagility is hereby NOTIFIED that, as a limited liability company, it may not represent itself.  See Civ. L.R. 3-9(b); Rowland v. Cal. Men's Colony, 506 U.S. 194, 202-03 & n.3.  Consequently, should any further proceedings in the above-titled action be required, Navagility should immediately seek substitute legal representation.

**IT IS SO ORDERED.**

Dated: October 16, 2008

_____
MAXINE M. CHESNEY
United States District Judge