IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOM AZZARELLO,

        Plaintiff,

  v.

NAVAGILITY, LLC.,

        Defendant.
                                      /

No. CV-08-2371 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** Navagility's motion to dismiss for lack of personal jurisdiction is hereby GRANTED and the instant action against Navagility is hereby DISMISSED.

Dated: October 17, 2008                             Richard W. Wieking, Clerk

                                                                By: Tracy Lucero
                                                                Deputy Clerk